■ In the Matter of JOSE M., a Person Alleged to be a Juvenile Delinquent, Appellant.—Order, Family Court, Bronx County (Ehrlich A. Eastman, J.), entered on or about Decem-

ber 19, 1990, unanimously reversed and the petition dismissed as jurisdictionally defective *(see, Matter of Jahron S.,* 79 NY2d 632; *see, Matter of Jose M.,* 186 AD2d 399 [decided herewith]). No opinion. Concur—Ellerin, J. P., Wallach, Ross and Asch, JJ.